IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CEDRIC JAMES BELL,<br><br>Plaintiff,<br><br>v.<br><br>DEP. WARDEN VICKIE BROWN and C.O. DICKIE PENN,<br><br>Defendants. | CIVIL ACTION NO. CV416-097 |

## ORDER GRANTING MOTION TO DEPOSE CEDRIC JAMES BELL, AN INCARCERATED INDIVIDUAL

Having read and considered Defendants' Unopposed Motion to Depose Cedric James Bell, an Incarcerated Individual, in which Defendants seek leave of Court to depose Inmate James Cedric Bell, an inmate currently incarcerated at the Fulton County Jail, it is hereby ORDERED that the Motion be GRANTED. Counsel for Defendants are instructed to confer with the Warden or appropriate supervisor of the Fulton County Jail as to the date, time, and logistics of Inmate Bell's deposition.

SO ORDERED this 8TH day of November 2016.

G.R. Smith
U.S. Magistrate Judge
Southern District of Georgia

Order Prepared By:

OLIVER MANER LLP
David Bobo Mullens, III
State Bar No. 258029
P.O. Box 10186 Savannah, GA 31412
(912) 236-3311 telephone
(912) 236-8725 facsimile
dbmullens@olivermaner.com