# United States District Court
## Southern District of Georgia

CEDRIC JAMES BELL

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 416-097

DEPUTY WARDEN VICKIE BROWN and
C.O. DICKIE PENN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 2/22/18, as a result, Plaintiff's claims are

DISMISSED. Defendant's Motion for Summary Judgment is GRANTED,

and all other motions are terminated. This case stands closed.



2/23/2018            Scott L. Poff
*Date*            *Clerk*

*(By) Deputy Clerk*